UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-05255-JVS (AS) | Date | December 4, 2013 |
|---|---|---|---|
| Title | John Earl Bender v. Lind T McGrew | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 22, 2013, Petitioner filed a Petition for Writ of Habeas Corpus (Docket Entry No. 1). On September 11, 2013, Respondent Linda T McGrew filed a Motion to Dismiss ("Motion") (Docket Entry No. 8). Plaintiff's Opposition to the Motion was due no later than October 16, 2013 (Docket Entry No. 9). On October 18, 2013, the Court issued an Order granting Petitioner's motion for an extension of time to file his reply to the Motion to Dismiss and ordering the Response to be filed no later than November 16, 2013 (Docket Entry No.11 ). As of today, however, Petitioner has failed to file his Reply or a request for an extension of time in which to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE no later than **December 18, 2013** why this action should not be dismissed with prejudice for failure to prosecute.

**Petitioner is explicitly cautioned that failure to timely file a Reply or otherwise respond to this Order may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |