**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN EARL BENDER, | ) | NO. CV 13-5255-JVS (AS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA T. MCGREW, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 21, 2014.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE